UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM KING, | ) | No. CV 14-73-TJH (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| LEROY BACA, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: January 31, 2014

TERRY J. HATTER, JR.
United States District Judge